IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION,** ) <br> **WELFARE AND ANNUITY FUNDS**, ) <br>             ) <br>     Plaintiffs, ) <br>             ) <br>     vs. ) <br>             ) <br> **KLYCO, INC.** and ) <br> **KENNETH L. YATES,** individually ) <br>             ) <br>     Defendant. ) | No. 06-382-DRH |

## ORDER

This matter comes before the Court on plaintiffs, **Central Laborers' Pension, Welfare and Annuity Funds**, First Motion for Default Judgment against defendants, **Klyco, Inc.** and **Kenneth L. Yates**, individually. Suit was initiated by plaintiffs on May 16, 2006 seeking to recover from the two named defendants known delinquent fringe benefit contributions due under the terms of the collective bargaining agreement and an audit to confirm the nature and extent of unknown delinquent contributions. Subject matter jurisdiction exists under the federal question statute, as the suit is based on ERISA.

Served on May 22, 2006, both defendants failed to answer or otherwise move in response to plaintiffs' complaint. The Clerk's Office made an entry of default as to each of the defendants on June 15, 2006. Now before the Court, as indicated above, is plaintiffs' Motion for Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b).

The Court hereby **GRANTS** plaintiffs' motion (document # 12) and **DIRECTS** the Clerk of the Court to enter judgment in favor of plaintiffs and against defendants, **Klyco, Inc.** and **Kenneth L. Yates**, individually, in the total amount of Four Thousand Four Hundred Twenty Seven Dollars and Ninety Six Cents ($4,427.96).

The components of that total are delineated as follows:

2

1.   Seven hundred twenty eight dollars and fifty two cents ($728.52) for delinquent contributions;

2.   One hundred eighty dollars and ninety six cents ($180.96) for liquidated damages;

3.   One thousand seven hundred twelve dollars and forty cents ($1,712.40) for cost of the audit;

4.   One thousand eight hundred six dollars and eight cents ($1,806.08) for attorney's fees and costs incurred though November 7, 2006, per the Attorney's Affidavit (exhibit 3, document #12) in support of the Motion for Default Judgment.

If additional fees and costs have been incurred, since the filing of Document # 12, plaintiffs are to file a Motion to Supplement the Total Damages sought, if different from the amount sought in their Motion for Default Judgment. Said Motion shall be filed within ten (10) days from the date of entry of this Order, otherwise the Clerk shall enter Judgment in the amount set forth above. Plaintiffs are awarded execution of the known damage amount as outlined above.

IT IS SO ORDERED

Dated this 17th day of July, 2007.

/s/     David   RHerndon
U.S. District Judge