# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION**
**WELFARE AND ANNUITY FUNDS,**

      **Plaintiffs,**

      **-vs-**                     **CIVIL ACTION NO. 06-CV-382 DRH**

**KLYCO, INC. and**
**KENNETH L. YATES, individually**

      **Defendants.**

## DEFAULT JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:** This action came to hearing before the Court on the Plaintiffs' motion for default judgment.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion is **GRANTED**. Judgment is entered in favor of Plaintiffs **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS** and against Defendants **KLYCO, INC.** and **KENNETH L. YATES, individually**, in the sum of $4,427.96.-------------------------------------------------------------------

                                      **NORBERT G. JAWORSKI, CLERK**

August 7, 2007                         BY:  s/Patricia Brown
                                               Deputy Clerk

APPROVED: /s/    David  RHerndon
               **U.S. DISTRICT JUDGE**